FILED
CLERK, U.S. DISTRICT COURT

MAY 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA ESPINOZA,<br><br>    Plaintiff,<br><br>vs.<br><br>MONSANTO DISABILITY PLAN,<br><br>    Defendant. | CASE NO: CV11-9438-PJW<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed without prejudice. Each party shall bear its own fees and costs.

DATED: 5/16/12

_/s/ Patrick J. Walsh_
HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

1